AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RUSSELL BENNETT<br><br>_Defendant(s)_ | )<br>)<br>) Case No.  18-6042-SELTZER<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 6, 2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1951(a) | Knowingly attempts to obstruct, delay, or affect commerce by means of robbery by using actual and threatened force, violence, and fear of injury. |
| 18 U.S.C. 2113(d) J.R.O. | Attempting to take by intimidation US currency belonging to Chase Bank from the person and presence of employees of Chase Bank, whose deposits were insured by FDIC while using a dangerous weapon, to wit: a BB gun. |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph Oliver, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __02/08/2018__

_____
Judge's signature

City and state:  __Ft. Lauderdale, FL__    Barry S. Seltzer, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your Affiant, Joseph R. Oliver, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice (DOJ), currently assigned to the Violent Crimes and Fugitive Task Force of the FBI's Miami Division. My duties involve the investigation of a variety of violations of federal offenses, including bank robberies, Hobbs Act robberies, extortion, and other violations of federal law. I have been an FBI Special Agent since August 2016 and have been assigned to the Miami Division since January 2017. Prior to my employment with the FBI, I worked as a Police Officer and Detective with the Lexington, Kentucky Police Department from August 2012 to August 2016 where I also responded to, and investigated, a variety of violent crimes in violation of the Kentucky Revised Statutes.

2. This affidavit is submitted in support of a criminal complaint charging RUSSELL BENNETT ("BENNETT") with attempted bank robbery in violation of Title 18, United States Code, Section 2113(d) and Hobbs Act robbery in violation of Title 18, United States Code, Section 1951.

3. I respectfully submit that there is probable cause to believe that on February 6, 2018, BENNETT attempted to take, by intimidation, from the person and presence of employees of Chase Bank, located at 5545 Sheridan Street, Hollywood, Florida, United States currency belonging to, and in the care, custody, control, management, and possession of Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation ("FDIC"), while putting in jeopardy the life of any person by the use of a dangerous weapon, that is, a BB gun.

4. In addition, I respectfully submit that there is probable cause to believe that on February 6, 2018, BENNETT knowingly and intentionally obstructed delayed, or affected commerce or the movement of any article or commodity, by robbery, by taking from the persons and presence of an employee at Subway, located at 2850 Stirling Road, Hollywood, Florida, approximately $300.00 in United States currency.

5. The statements contained in this affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials in this investigation. I have not included in this affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against BENNETT for the above-described criminal violations.

## PROBABLE CAUSE

6. On Tuesday, February 6, 2018, at approximately 1:16 p.m., a white male subject, later identified as BENNETT, entered the Chase Bank located at 5545 Sheridan Street in Hollywood, Florida. Chase Bank is insured by the Federal Deposit Insurance Corporation ("FDIC").

7. BENNETT was wearing a dark-colored sleeveless hoodie sweatshirt with a yellow logo at the bottom of it, an undershirt with striped short sleeves, and sunglasses. At the time BENNETT entered the Chase Bank branch, the two victim bank tellers, S.M. and L.M., were assisting other customers. Therefore, BENNETT initially waited in line. BENNETT ultimately approached victim teller, S.M., and pointed what appeared to be a firearm, but was later determined to be a BB gun, at her while verbally demanding money. BENNETT also pointed the BB gun at the second victim teller, L.M. while demanding money from her as well. When BENNETT's demands were not complied with, he pointed the BB gun at the head of a bank customer while

threatening, "Give me the money! Give me the money before somebody gets fucking hurt!!" In fear for their lives, the victim bank tellers and bank customer dropped to the floor. In response, BENNETT fled the bank branch and was observed by a witness in the parking lot getting into an older model green Jeep Cherokee and fleeing the scene. This witness called 911 and reported what he had observed. Hollywood Police Department responded to the scene and began the investigation.

8. The attempted bank robbery was captured and recorded by the Chase Bank digital video security camera. Law enforcement reviewed the video surveillance which captured BENNETT from the time he entered the bank and committed the attempted robbery until he exited the bank after the robbery. Law enforcement reviewed the video footage and was able to observe BENNETT brandishing the BB gun.

9. At approximately 1:33 p.m., seventeen minutes after first entering the Chase Bank, BENNETT entered a Subway restaurant located at 2850 Stirling Road in Hollywood, Florida. BENNETT was wearing the same dark-colored sleeveless hoodie sweatshirt with a yellow logo at the bottom of it, an undershirt with striped short sleeves, and sunglasses that he was observed wearing during the Chase Bank attempted robbery. Upon entering Subway, BENNETT approached the victim employee, J.M., and brandished the BB gun used during the Chase Bank attempted robbery, and demanded money while threatening the victim. In fear for her life, J.M. gave BENNETT approximately $300.00 in United States currency. BENNETT then fled the Subway. A witness observed BENNETT entering an older model green Jeep Cherokee. The witness took photographs of the vehicle and provided them to law enforcement.

10. The Subway robbery was captured and recorded by a digital video security system. The video surveillance system recorded BENNETT from the time he entered the Subway and

3

committed the robbery until he exited the Subway after the robbery. Law enforcement reviewed the video from Chase Bank and Subway and concluded that they both depict the same subject.

11. A Hollywood Police Department Crime Scene Investigator ("CSI") responded to Subway. The CSI processed the counter for latent fingerprints where BENNETT touched. A palm print was lifted from the counter and submitted for latent print analysis. An expert evaluated the latent lift and positively identified the latent print as a match to BENNETT's known print. 9.R.O.

12. After the identification of BENNETT via the latent print match, a photo lineup was shown to the victim at the Subway restaurant. The victim, J.M., positively identified a photo of BENNETT 9.R.O. as the subject who robbed the Subway on February 6, 2018.

13. Both of the Chase Bank attempted robbery and the Subway robbery occurred in Hollywood, Florida within 3 miles of each other and less than twenty minutes apart.

14. Law enforcement subsequently located the greed Jeep Cherokee as well as BENNETT on February 7, 2018 in West Park, Florida. BENNETT was taken into custody and read his <u>Miranda</u> warnings, which he waived. BENNETT subsequently provided law enforcement with a recorded confession wherein he admitted to committing the robbery at Chase Bank, Subway, as well as several other banks and commercial businesses. BENNETT also admitted that he used a BB gun during the commission of these crimes. Law enforcement was subsequently able to locate the BB gun, which was wrapped in the same striped, short sleeved, undershirt depicted in the video surveillance of the Chase Bank robbery and the Subway robbery. Additionally, law enforcement located the remainder of the clothing and sunglasses BENNETT wore during the commission of these crimes, as well as $3,767.00 in United States currency. Law enforcement interviewed several witnesses who were able to positively identify BENNETT as the robber depicted in both videos from the Chase Bank and Subway robberies.

## **CONCLUSION**

15. Based on my training and experience, as further supported by the facts of this affidavit, I respectfully submit that probable cause exists to charge BENNETT with attempting to take, by intimidation, from the person and presence of employees of Chase Bank, located at 5545 Sheridan Street, Hollywood, Florida, United States currency belonging to, and in the care, custody, control, management, and possession of Chase Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation ("FDIC"), while putting in jeopardy the life of any person by the use of a dangerous weapon, that is, a BB gun, in violation of Title 18, United States Code, Section 2113(d), and for knowingly and intentionally obstructing, delaying, or affecting commerce or the movement of any article or commodity, by robbery, by taking from the persons and presence of an employee at Subway, located at 2850 Stirling Road, Hollywood, Florida, approximately $300.00 in US currency in violation of Title 18, United States Code, Section 1951.

***FURTHER YOUR AFFIANT SAYETH NAUGHT.***

_____
SPECIAL AGENT JOSEPH R. OLIVER
FEDERAL BUREAU OF INVESTIGATION

Subscribed and sworn before me
this 8th day of February 2018.

_____
HONORABLE BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE